UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY L. HARRIS, | ) | |
| Petitioner, | ) | 3:12-cv-00042-LRH-WGC |
| vs. | ) | **ORDER** |
| ROBERT LEGARNDE, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner, a Nevada prisoner, has filed a petition for writ of habeas corpus (ECF #1-1). However, he has not filed an application to proceed *in forma pauperis* or paid the filing fee. Petitioner is granted thirty (30) days to either pay the $5.00 filing fee or submit a fully completed application to proceed *in forma pauperis*.

The clerk will retain the petition but will not file it at this time.

**IT IS THEREFORE ORDERED** that petitioner shall have **thirty (30) days** from the date this order is entered to either (1) pay the $5.00 filing fee or (2) submit a fully completed application to proceed *in forma pauperis*, including a financial certificate signed by an authorized prison officer showing the status of petitioner's prison account. Failure to take one of these actions within the time allowed may result in dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** to petitioner the approved form for an application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** to petitioner two copies of this order. If petitioner wishes to pay the five dollar ($5) filing fee (the first option, above), petitioner must make

1  the necessary arrangements to have one copy of this order, along with a check in the amount of the full
2  $5 filing fee, sent to the court, by sending a copy of the order with a "brass slip" to Inmate Services for
3  issuance of the check.

5     DATED this 6th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2